441 A.2d 795

Commonwealth v. Durant, Appellant.

Submitted November 12, 1980. Angelo P. Arduini, for appellant; Thomas P. Agresti, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, BROSKY and VAN der VOORT, JJ.

Judgment of sentence affirmed.